IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 2, 2008

Charles R. Fulbruge III
Clerk

_____

No. 07-60932
Summary Calendar
_____

IN THE MATTER OF:  MICHAEL E. McDUFFIE,

Debtor

MICHAEL E. McDUFFIE,

Appellant

v.

COUNTRYWIDE HOME LOANS, INC.,

Appellee

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(1:07-CV-1024)

_____

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: [*]

   Debtor-Appellant Michael E. McDuffie appeals the judgment of the district court dismissing his appeal from the bankruptcy court.  We review the district court's dismissal of McDuffie's appeal in this case for abuse of discretion, that dismissal being grounded in several acts of delay and perceived lack of good faith on the part of the Debtor-Appellant.

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

As both parties to this appeal have suggested that oral argument is not warranted, we decide it on the basis of arguments presented in their briefs and the contents of the record on appeal. Having now carefully reviewed the law as presented by the parties and set forth in the rulings of the bankruptcy court and the district court, as applied to the facts reflected in the record on appeal, we are convinced that the district court did not abuse its discretion in dismissing McDuffie's appeal. Largely on the basis of the reasons stated by the district court, we affirm its dismissal of the subject appeal.

AFFIRMED.